UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHARLES NICHOLS,

Defendant.

Case No. 5:23-mj- 48

MOTION TO SEAL CASE AND PERMANENTLY SEAL AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

Comes now the United States of America, by and through Assistant United States Attorney Heather Sazama, and respectfully prays the Court to issue an order sealing the case until the arrest of the defendant and permanently sealing the Affidavit in Support of Application for Criminal Complaint. The movant seeks to permanently seal the Affidavit in Support of the Application for Criminal Complaint due to the fact that it contains identifying information about a minor and additional information that could jeopardize an ongoing investigation and result in possible witness intimidation.

Dated this 15th day of March, 2023.

ALISON J. RAMSDELL
United States Attorney
By:

HEATHER SAZAMA
Assistant United States Attorney
515 Ninth Street, Suite 201
Rapid City, SD 57701
(605)342-7822
Heather.Sazama@usdoj.gov